# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAMAL GILZENE<br><br>Plaintiff,<br><br>v.<br><br>HDS RETAIL NORTH AMERICA, LLC, PARADIES LAGARDERE@ATL2020, LLC, & HMSHOST CORPORATION<br><br>Defendants. | FILE NO.: _____<br>NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)<br><br>**(DIVERSITY JURISDICTION)**<br><br>(Removed from the State Court of the State of Georgia, County of Clayton, File No. 2021CV01034)<br><br>JURY TRIAL DEMANDED |

_____

## NOTICE OF REMOVAL
_____

**PLEASE TAKE NOTICE** that Defendant HMSHost Corporation hereby removes the above-captioned action to this Court from the State Court of the State of Georgia, County of Clayton (File No. 2021CV01034) (hereinafter "State Action"). As set forth herein, this Defendant has complied with the statutory requirements for removal under 28 U.S.C. §§ 1441 and 1446, and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

## I.  PROCEDURAL REQUIREMENTS

1. The State Action was commenced by Plaintiff filing a lawsuit in Georgia State Court, Clayton County, on May 3, 2021.  A copy of Plaintiff's Complaint is attached at Exhibit A. A copy of all other process, pleadings, and items in possession of Defendant from the State Action is attached as Exhibit B, as required by 28 U.S.C. § 1446(a).

2. This Notice is timely, as it is filed within one year of the State Action's commencement on May 3, 2021, and within 30 days of receipt of the Plaintiff's Complaint, which was served on this Defendant on May 5, 2021. See 28 U.S.C. § 1446(b)(1).

3. The State Action is properly removed to the United States District Court for the Northern District of Georgia, Atlanta Division, as that is the "district and division embracing the place where [the State Action] is pending."  See 28 U.S.C. § 1441(a); see also 28 U.S.C. § 90(a)(2) (listing Clayton County as within the Atlanta Division of the Northern District of Georgia).

4. This Defendant will promptly file a copy of this Notice of Removal with the clerk of the Georgia State Court, Clayton County, and will serve a copy on the other parties to the State Action, as required by 28 U.S.C. § 1446(d).

## II.  BACKGROUND

5. Plaintiff alleges he slipped and fell within the Hartsfield Jackson International Airport on January 4, 2019. (Complaint ¶ 6).

6. Plaintiff alleges he incurred medical bills, lost wages, and pain and suffering as a result of this fall. (Complaint ¶¶ 17-19).

7. Plaintiff alleges that Defendant, along with other entities, is liable for these damages. (Complaint ¶¶ 15-16).

8. Plaintiff seeks judgment against the Defendant in excess of $20,000 in addition to attorney's fees and punitive damages.  (Complaint ¶¶ 17-2(sic)).

## III.  GROUNDS FOR REMOVAL

9. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### A.     There is Complete Diversity Between the Parties.

10. Plaintiff is a citizen of Jamaica. (See Complaint ¶ 6).

11. Defendant HMSHost is incorporated in Delaware and maintains its principal place of business in Maryland and is not a Georgia citizen.

12. Defendant Paradies Lagardere@ATL2020 is alleged to be registered to conduct business in the state of Georgia and, upon information and belief, is not a Georgia citizen.

13. Defendant HDS Retail North America, LLC is claimed to be a Canadian Corporation with its principle place of business in Toronto Ontario, Canada and, upon information and belief, is not a Georgia citizen.

   B.     **The Amount In Controversy Exceeds $75,000.00.**

14. Plaintiff claims as a result of the Defendant's negligence, "physical pain and suffering as well as mental pain and suffering and future long-term damages … estimated to be over $15,000." (Complaint ¶ 17)

15. Plaintiff asserts additional economic damages of over $6,000. (Complaint ¶¶ 18-19).

16. Plaintiff also seeks punitive damages and an award of attorney's fees, both of which, if awarded, would represent a considerable addition to Plaintiff's other damages. (Complaint ¶¶ 1-2 (sic)).

17. The serious allegations made by the Plaintiff in the Complaint, and his request for punitive damages and attorney's fees make clear that this exceeds the $75,000.00 amount in controversy requirement.

18. Based upon representations made by Plaintiff's counsel, Plaintiff is seeking in excess of $100,000 to resolve this matter.

## IV.  RESERVATION OF RIGHTS

19. This Defendant denies the allegations contained in Plaintiff's Complaint, and file this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in their favor, including procedural defense such as insufficiency of service and insufficiency of process of service.

WHEREFORE, this Defendant request that judgment be entered in its favor.

This 4th day of June, 2021.

Respectfully submitted,

HUFF POWELL BAILEY, LLC

*/s/ Max M. Wallace II*
BRIAN K. MATHIS, ESQ.
Georgia Bar No. 477026
MAX M. WALLACE II, ESQ.
Georgia Bar No. 808564

*Counsel for Defendant*
*HMSHost Corporation*

999 Peachtree Street, NE, Suite 950
Atlanta, Georgia 30309
(404) 892-4022

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court via CM/ECF and provided service by electronic mail to the following attorneys of record:

S. Diane Clair, Esq.
The Claire Firm, LLC
260 Peachtree St., NW
Suite 2200
Atlanta, Georgia 30303
attorneyclair@theclairfirm.com


Hall F. McKinley, III
Eric R. Mull
Douglas G. Smith, Jr.
DREW ECKLE & FARNHAM, LLP
303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
mckinleyh@deflaw.com
mulle@deflaw.com
smithdg@deflaw.com

This 4th day of June, 2021.

                                      Respectfully submitted,

                                      HUFF POWELL BAILEY, LLC

                                      */s/ Max M. Wallace II*
                                      BRIAN K. MATHIS, ESQ.
                                      Georgia Bar No. 477026
                                      MAX M. WALLACE II, ESQ.

                                              Georgia Bar No. 808564

*Counsel for Defendant*
*HMSHost Corporation*

999 Peachtree Street, NE, Suite 950
Atlanta, Georgia 30309
(404) 892-4022