

**null / PERINJ**
**Transmittal Number: 23166023**
**Date Processed: 05/07/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Lorri Oliphant<br>HMSHost Corporation<br>6905 Rockledge Dr<br>Bethesda, MD 20817-1828 |
| **Electronic copy provided to:** | Eileen Hartin<br>John DiCalogero |

| | |
|---|---|
| **Entity:** | HMSHost Corporation<br>Entity ID Number  0656356 |
| **Entity Served:** | HMSHost Corporation |
| **Title of Action:** | Kamal Gilzene vs. HDS Retail North America, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Clayton County State Court, GA |
| **Case/Reference No:** | 2021CV01034 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 05/05/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | S. Diane Clair<br>404-527-6208 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

2021CV01034

e-Filed 5/3/2021 12:07 PM

*Tiki Brown*

**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
**Tashea Matthews**

# IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

Kamal Gilzene

Plaintiff

Vs.

HDS Retail North America, LLC,

Paradies Lagardere @ ATL 2020, LLC

& HMS Host Corporation

Defendant

2021CV01034

_____
Case Number

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):                    5/3/2021
You are hereby summoned and required to file with the Clerk of said Court and serve upon
Plaintiff's Attorney, whose name and address is:

S. Diane Clair Esq.
The Clair Firm, LLC
260 Peachtree St. NW
Suite 2200
Atlanta, GA 30303

answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will
be taken against you for the relief demanded in the complaint.

            **TIKI BROWN**
            **CLERK OF COURT**
            **State Court of Clayton County**

      Tashea Matthews
By:_____
Deputy Clerk

2021CV01034

e-Filed 5/3/2021 12:07 PM

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Tashea Matthews

## IN THE STATE COURT OF CLAYTON COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **KAMAL GILZENE** | ) | **CASE NO:** |
| **Plaintiff,** | ) | 2021CV01034 |
| **v.** | ) | |
| | ) | |
| | ) | |
| **HDS RETAIL NORTH AMERICA, LLC,** | ) | |
| **PARADIES LAGARDERE@ATL2020, LLC,** | | |
| **& HMS HOST CORPORATION** | | |
| | | |
| **Defendant(s),** | | |

### COMPLAINT FOR DAMAGES

     **COMES NOW**, the Plaintiff(s), KAMAL GILZENE (herein Plaintiff), by and through undersigned counsel and files this COMPLAINT FOR DAMAGES and as grounds do state:

### Jurisdiction and Venue

1. On January 5th 2019, Plaintiff KAMAL GILZENE (herein after Plaintiff or Mr. Gilzene) was involved in a slip and fall accident in HARTSFIELD JACKSON INTERNATIONAL AIRPORT, located in Clayton County Georgia at 6000 N Terminal Pkwy Atlanta, GA.

2. Defendant HDS RETAIL NORTH AMERICA (herein Defendant or HDS) is foreign corporation that is not currently registered with the Georgia Secretary of State but continues to do business in this state. The corporation goes by the names HDS RETAIL NORTH AMERICA, L.P., which was once registered with the Secretary of State, control number 07096520, HDS RETAIL NORTH AMERICA, LLC, HACHETTE DISTRIBUTION SERVICES, LLC & HACHETTE RETAIL CORPORATION. HDS RETAIL NORTH AMERICA, along with its alias names and entities is subject to the jurisdiction of this court through Georgia long arm **statute O.C.G.A. 9-10-11 by transacting continuous business** in this state and in Clayton County. They can be served at their principal business address 370 King St. W 6th Fl Toronto, Ontario, M5C 2-5.

3. Defendant PARADIES LAGARDERE, is Georgia Business registered to do business in this state with the Georgia Secretary of state under the legal entity name PARADIES LAGARDERE @ ATL 2020, LLC. At the time of the incident the company was registered under the name PARADIES LAGARDERE @ ATL 2019, LLC and has since terminated

it's registration under that name and re-registered under the @ ATL 2020, LLC. They can be served at their registered agents address, Corporation Service Company 40 Technology Pkwy S Suite 300 Norcross, GA 30092.

4.  Defendant HMSHost Corporation is a Georgia corporation registered to do business with the Ga Secretary of State and can be served at it's registered agent's address, Corporation Service Company 40 Technology Pkwy S Suite 300 Norcross, GA 30092.

5.  The accident forming the basis of this complaint occurred in the State of Georgia, Clayton County, making this court the proper venue as well.

### Facts

6.  On January 4th 2019, my client **Kamal Gilzene** (Mr. Gilzene) was a invitee/ guest inside of Hartsfield Jackson International Airport as he was preparing to take a flight back to his hometown in Jamaica. He and his family were dinning in the food court when Mr. Gilzene got up to get his son and slipped and fell on a clear liquid that was negligently left on the floor.

7.  Mr. Gilzene got up from the fall and felt pain immediately. There was no "Caution: Wet Floor" sign warning Mr. Gilzene not to enter the area.

8.  Mr. Gilzene made a report of the incident with security. He had to be transported to his departure gate in a wheelchair because he could not walk after the fall.

9.  After arriving back to Jamaica, Mr. Gilzene reported to his Primary Care Doctor, Dr. Shane Alexis for treatment of his injuries. She then referred him to an Orthopedic Surgeon, Dr. Phillip Waite for diagnosis and treatment. He was also later treated at Physiotherapy management.

### The Law

10. **O.C.G.A 51-3-1 provides where an owner or occupier of land by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe.**

11. **O.C.G.A. 51-1-6 provides that when the law requires a person to perform an act for the benefit of another or to refrain from doing an act which may injure another, the injured party may recover for the breach of such legal duty if he suffers damages thereby.**

### Negligence

2

12. The law imposes a duty upon owners or occupiers of land to make sure the premises are safe and operable for invitees who enter. The Defendant's either jointly or severably, failed to perform their duty to ensure the premises were safe for guess and no dangerous conditions were present.

13. Mr. Gilzene has suffered injuries from the slip and fall accident referenced above as a result of the negligence of Defendant and should be compensated for any damages.

14. Plaintiff exercised ordinary care and diligence at all times herein and under the circumstances that existed.

15. Defendants was the direct and proximate cause of the Plaintiff's injuries and pain and suffering.

16. Defendant was *negligent per se*. GA law requires owners and occupiers of land to maintain safety for invitees (see O.C.G.A. 51-3-1).

## Damages

17. As a result of this accident, Plaintiff suffered physical pain and suffering as well as mental pain and suffering and future long-term damages in an amount to be determined by the enlightened conscious of an impartial jury. The damages are estimated to be over $15,000.

18. Plaintiff incurred damages in the form of medical bills in the amount of $4,070.19 USD (Exhibit A).

19. Plaintiff incurred lost wages in the amount of $2,206.66 USD (Exhibit B- Lost wages report and pay stubs).

## Punitive Damages

1. O.C.G.A. 51-12-5.1 provides that punitive damages may be awarded only in such tort actions in which it is proven by clear and convincing evidence that the defendant's actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences. The Plaintiff is entitled to an award of punitive damages pursuant to Georgia law.

## Attorney's fees

2. Because Defendant's actions evidence bad faith and have caused Plaintiff undue expense. Defendant was sent a time limited demand on March 11th 2011 and failed to pay the amount requested (Exhibit C- Demand). Plaintiff is entitled to recover her necessary expenses of litigation, including an award of reasonable attorney's fees and expenses required by this action. (O.C.G.A. § 13-6-11). Furthermore, Plaintiff is entitled to all expenses of litigation and attorney's fees pursuant to all other Georgia statutory and common laws.

WHEREFORE, the Plaintiff prays:

3

a)     That Defendant be served with summons, process and a copy of this Complaint as provided by law;

b)     That the Plaintiff be granted a trial by jury as to all triable issues in this cause;

c)     That the Plaintiff obtain judgment against the Defendant for physical, mental, long-term, and special damages as determined at trial as well as costs of litigation and expenses;

d)     For such other and further relief as this Court deems just and equitable under all circumstances alleged and contained herein.


This _ 30th_____ Day of __April_____ 2021

/s/ *S. Diane Clair Esq.*
S. Diane Clair Esq.
Attorney for Plaintiff
Georgia Bar Number 468301
260 Peachtree St. NW
Suite 2200
Atlanta, GA 30303
404-527-6208
attorneyclair@theclairfirm.com

4

# IN THE STATE COURT OF CLAYTON COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **KAMAL GILZENE** | ) | **CASE NO:** |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **HDS RETAIL NORTH AMERICA, LLC,** | ) | |
| **PARADIES LAGARDERE@ATL2020, LLC,** | | |
| **& HMS HOST CORPORATION** | | |

**Defendant(s),**

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing COMPLAINT, REQUEST FOR PRODUCTION OF DOCUMENTS, and INTERROGATORIES has been or will be furnished to the persons listed below by Sheriff or Private Process Service on this _30th___ day of __April_____2021.

**Paradies Lagardere@ ATL 2020, LLC**
   **Corporations Service Co.**
   **40 Technology Pkwy S**
   **Suite 300**
   **Norcross, GA 30092**

**HMSHost Corporation**
   **Corporation Service Company**
   **40 Technology Pkwy S**
   **Suite 300**
   **Norcross, GA 30092**

**HDS Retail North America**
**370 King St. W 6th Fl**
**Toronto, Ontario, M5C 2-5**

_/s/ S. Diane Clair Esq. ___

S. Diane Clair Esq.
Bar No. 468301

5

2021CV01034

Attorney for Plaintiff
The Clair Firm, LLC
260 Peachtree St. NW
Suite 2200
Atlanta, GA 30303
404-527-6208

6

2021CV01034

7

8

2021CV01034

e-Filed 5/3/2021 12:07 PM

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Tashea Matthews

# IN THE STATE COURT OF CLAYTON COUNTY
# STATE OF GEORGIA

| | | |
|---|---|---|
| KAMAL GILZENE | ) | CASE NO: |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 2021CV01034 |
| | ) | |
| HDS RETAIL NORTH AMERICA, LLC, | ) | |
| PARADIES LAGARDERE@ATL2020, LLC, | | |
| & HMS HOST CORPORATION | | |
| Defendant(s), | | |

## PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES TO ALL DEFENDANTS

Plaintiff submits herein, to Defendant, as provided by O.C.G.A. 9-11-33, the below interrogatories for response in the form provided by law within 45 days after service to Plaintiff's Attorney S. DIANE CLAIR at The Clair Firm, LLC 260 Peachtree St. NW Suite 2200 Atlanta, GA 30303.

In answering the following Interrogatories, Defendant, is required to give full and complete answers based upon the knowledge, information and belief of all agents, employees, investigators, adjusters, attorneys, and insurers of said defendant. The within Interrogatories are continuing and require supplemental response upon discovery of the other or further information pertinent thereto.

1. Please state the Defendant's full corporate name, principal business address, registered agents address, state of incorporation, phone number, & e-mail address.

2. Please state the name, current address, and phone number of any witnesses that you know have knowledge of to the accident that forms the subject matter of this

complaint.

3. Please state in detail your version of the events as they happened on January 5th 2019 regarding the Slip & Fall accident that is the subject of this complaint.

4. Does any entity, provide liability insurance to the defendant and/or a subsidiary or parent company of the defendant that was in effect at the time of the accident? If so please state the name of all insurance providers of liability insurance and give the limits of coverage of each such policy.

5. Do you content that the Plaintiff or any other person caused or contributed to the accident in question? If so, state the name and address of each person or entity and state with particularity each and every contention made in this regard.

6. If you intend to call any expert witnesses at the trial of this action, please state their name and occupation, as well as the subject matter on which she or he is expected to testify and state in detail the opinion held be each expert.

7. Please state in detail the factual basis for each defense you have raised in your answer to the complaint.

8. Please state the name, contact phone number, address, and dates of employment, of any persons employed by your company for the purpose of janitorial work or responsible for clean-up on the day of the incident, January 5th 2019

9.  State all information known to or in the possession of the defendant or defendant's

insurer as to any prior or pre-existing condition or similar medical treatment to

plaintiff for the same or similar injuries claimed by Plaintiff in this litigation.


THIS   30th_____DAY OF__April_____, 2021_____.

/s/ Diane Clair Esq.

_____
S. Diane Clair Esq.
Bar No. 468301
Attorney for Plaintiff
The Clair Firm, LLC
260 Peachtree St. NW
Suite 2200
Atlanta, GA 30303

2021CV01034

e-Filed 5/3/2021 12:07 PM

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Tashea Matthews

## IN THE STATE COURT OF CLAYTON COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| KAMAL GILZENE | ) | CASE NO: |
|        **Plaintiff,** | ) | |
| v. | ) | 2021CV01034 |
| | ) | |
| | ) | |
| HDS RETAIL NORTH AMERICA, LLC, | ) | |
| PARADIES LAGARDERE@ATL2020, LLC, | | |
| & HMS HOST CORPORATION | | |
| | | |
|       **Defendant(s),** | | |

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND NOTICE TO PRODUCE TO DEFENDANTS

A.

The following Request for Production of Documents and Notice to Produce is

made under the provisions of O.C.G.A. §9-11-34, §9-11-30(b)(5), and §24-10-26.

B.

You are hereby notified to produce for inspection and copying to S. DIANE CLAIR ESQ

THE CLAIR FIRM, LLC 260 PEACHTREE ST. NW ATLANTA, GA 30303; within 45 days

after the date of service of this Request for Production of Documents and Notice to Produce; and

pursuant to O.C.G.A. § 9-11-30(b)(5), at the time of the taking of Defendant's deposition, and

pursuant to O.C.G.A. § 24-10-26, upon any hearing and upon the trial of the above-styled case,

the following documents and records which are in your possession, custody or control, the same

to be used as evidence by the Plaintiff, to wit:

1. Copies of any and all logs, incident reports, investigative memoranda, photographs, videos,

   documents and charts or graphs relating to matters which are the subject of this Complaint.

2. Copies of any and all statements, whether recorded, oral or otherwise, in your control or obtained on your behalf, of any person including those of the Plaintiff and any witnesses relating to the incident complained of in the Complaint.

3. Copies of any and all documents that in any way mention or refer to slip and fall accident that occurred on January 5th 2019 in Hartsfield Jackson International Airport related to this complaint.

4. Copies of any and all photographs of the scene of the accident complained of, taken at or near the time of the accident in your possession or control.

5. Copies of any and all insurance policies and related documents, including the declaration pages, which do or may afford liability insurance coverage to Defendant with regard to Plaintiff's claims against Defendant. This request includes primary insurance coverage, excess insurance coverage, or any other type of liability insurance coverage, medical-payments coverage, and documents regarding reservation of rights for the same.

6. Copies of any and all documents, letters, photographs, or other items of tangible evidence not included in this request which prove, support or defend any element or relates to any claim or defense regarding the Plaintiff.

7. Copies of any and all documents evidence not included above which is relevant to any issue in this action which might lead to the production of other evidence which is admissible.

8. Copies of any and all reports, memorandum or notes from any individual who has

investigated any aspect or element of the subject accident.

9.  Copies of any and all documents that support any defense raised in your Answer, or any relevant fact to this litigation.

10. Please produce the employee files, work schedules, actually hours worked, and incident reports of any persons employed by your company for the purpose of janitorial work or responsible for clean-up  on the day of the incident, January 5th 2019.

11. Copies of any electronic data or video, specifically, video camera surveillance footage of the accident scene from the day of the accident, January 5th 2019.

12. All documents evidencing, reflecting, relating to or constituting any communication between you and the Plaintiff.

13. All documents that support or relating to Plaintiff's or Defendant's contentions of negligence.

14. All documents that you receive in response to your Requests for Production of Documents to nonparties.

15. Please produce all reports received from any experts who have investigated any issue relevant to the subject incident and relevant to this lawsuit. Also, produce all materials relied upon by each expert in formulating their opinions and conclusions.

THIS  30th_____DAY OF___April_____, 2021_____.

/s/ *S. Diane Clair Esq.*

_____
S. Diane Clair Esq.
Bar No. 468301
Attorney for Plaintiff
The Clair Firm, LLC
260 Peachtree St. NW
Suite 2200
Atlanta, GA 30303

Exhibit
A

404-527-6208
attorneyclair@theclairfirm.com

2021CV01034

**2021CV01034**

e-Filed 5/3/2021 12:07 PM

*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Tashea Matthews**

## CERTIFICATE OF TIMELINESS

Pursuant to Supreme Court Rule 11.1, **[Appellant/Appellee/Petitioner/etc.]** certifies that this filing is timely submitted, taking into account the suspension of filing deadlines as prescribed by the Order Declaring Statewide Judicial Emergency entered on **[Date]** [and as extended or otherwise prescribed by Clayton Co. *(list statewide and/or local judicial emergency and/or extension orders, as applicable)*]. Specifically:

(a) This filing was originally due on Jan 5th 2021. *(This date is to be calculated without regard to any non-emergency-related extensions of time previously granted, and without the application of OCGA § 1-3-1 (d) (3) where the filing deadline would have fallen on a weekend or legal holiday.)*

(b) The number of days that remained before the date specified in (a), as of the suspension of the deadline on 3/14/20 **[Date of Emergency Order]**, was 120.

(c) This filing is timely because it is being filed within the number of days specified in (b), counting from **[Date Suspension Lifted]**. *(If this new filing deadline falls on a weekend or legal holiday, the due date is to be calculated in accordance with OCGA § 1-3-1 (d) (3).)*

To the extent the deadline for this filing has been affected by any local judicial emergency order entered by the chief judge of a superior court or by any case-specific trial court order, a copy of such order(s) is attached hereto.

Respectfully submitted, this 30th day of April, 2021.

S. Den ClM Bar# 468301
Signature of Party/Attorney

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of __Clayton Co__ County

**For Clerk Use Only**

Date Filed _____ MM-DD-YYYY     Case Number _____

**Plaintiff(s)**
Gilzene  Kamal

| Last | First | Middle I. | Suffix | Prefix |

| Last | First | Middle I. | Suffix | Prefix |

| Last | First | Middle I. | Suffix | Prefix |

| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
HDS Retail North America, LLC

| Last | First | Middle I. | Suffix | Prefix |

Paradies Lagardere @ ATL 2020, LLC

| Last | First | Middle I. | Suffix | Prefix |

HMS Host Corporation

| Last | First | Middle I. | Suffix | Prefix |

| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** S. Diane Clair, Esq.     Bar Number 468301     Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☑ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil
    Premises Liability Tort

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
- ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number     _____ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.18